**DISMISS and Opinion Filed July 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00151-CV**

**LUIS ORTIZ, Appellant**
**V.**
**REYNA SALAZAR, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-05520-A**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Partida-Kipness

Appellant has not filed his brief on the merits despite being cautioned on June 23, 2022 that failure to file the brief within ten days would result in dismissal of the appeal. *See* Tex. R. App. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220151F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LUIS ORTIZ, Appellant

No. 05-22-00151-CV      V.

REYNA SALAZAR, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas Trial Court Cause No. CC-21-05520-A.

Opinion delivered by Justice Partida-Kipness, Justices Pedersen, III and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered July 19, 2022.